**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pedro GUZMAN–FLORIANO, also known as Pedro Gonzales, Jr., Defendant–Appellant.**

**No. 05–51282.
Conference Calendar**

United States Court of Appeals, Fifth Circuit.

July 13, 2006.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Pedro Guzman–Floriano raises argu-

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

ments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under